CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
April 15, 2025
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
   DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | Case No. 1:12CR00022-005 |
| ) | |
| v. ) | **OPINION AND ORDER** |
| ) | |
| **MURACE HEWITT,** ) | Judge James P. Jones |
| ) | |
| Defendant. ) | |

Murace Hewitt has filed a pro se motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). He argues that due to Amendment 782 of the U.S. Sentencing Guidelines, there is a gross disparity between the sentence he is serving and the sentence he would have received if sentenced today. Hewitt has filed several prior motions to reduce his sentence, which I have denied. For the following reasons, I will deny this motion.

Section 3582(c)(1) permits a sentencing court to reduce a sentence if "extraordinary and compelling reasons warrant such a reduction," the reduction "is consistent with applicable policy statements issued by the Sentencing Commission," and the applicable factors listed in § 3553(a) weigh in favor of granting compassionate release. 18 U.S.C. § 3582(c)(1)(A); *United States v. Hargrove*, 30 F.4th 189, 194 (4th Cir. 2022). On October 13, 2013, Hewitt pleaded guilty to conspiracy to distribute 280 grams or more of cocaine base and 5 kilograms or more

of cocaine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A). On February 6, 2014, he was sentenced to 204 months of imprisonment, well below his sentencing guideline range of 262 to 327 months. Hewitt indicates that his projected release date is May 3, 2026.

In Hewitt's motion, he contends that, if sentenced today, his offense level would be "at least 2 levels lower due to USSG Amendment 782." However, Hewitt's sentence is already markedly lower than the range provided by the guidelines at the time of sentencing. Thus, Hewitt's argument that there is a gross disparity between the sentenced he received and the sentence he would receive today lacks merit.

Accordingly, it is **ORDERED** that the Motion for Compassionate Release, ECF No. 1061, is DENIED.

ENTER: April 15, 2025

/s/ JAMES P. JONES
Senior United States District Judge